IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSHUA BULLOCK,

     Plaintiff,

v.                                                                    Case No.: 3:21-CV-00314-HEH

ZHUMAMIDIN ABDULLAEV,

     Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

     COMES NOW Plaintiff Joshua Bullock, by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby submits this Stipulation of Dismissal with Prejudice. The matters at issue in this action have been settled pursuant to the terms of a Confidential Release and Settlement Agreement. The parties agree that following this dismissal, the Court shall retain jurisdiction over this action only for the purpose of enforcing the terms of the Confidential Release and Settlement Agreement. As required by Rule 41(a)(1)(A)(ii), this stipulation of dismissal has been signed by counsel for all parties who have appeared in this action.

     Accordingly, Plaintiff Joshua Bullock hereby dismisses the instant action, including all claims asserted therein, with prejudice, with each party bearing responsibility for their own attorney fees, costs, and expenses.

     SO STIPULATED.

                                      /s/
                              Seth R. Carroll, Esquire (VSB #74745)
                              Commonwealth Law Group
                              3311 West Broad Street
                              Richmond, VA 23230
                              Telephone: 804-999-9999

E-Mail: scarroll@hurtinva.com
Counsel for Plaintiff

SEEN AND AGREED:

_____/s/_____
Joseph P. Moriarty (VSB No. 68465)
WILLCOX & SAVAGE, P.C.
Wells Fargo Center
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
Telephone: (757) 628-5500
Facsimile:  (757) 628-5566
jmoriarty@wilsav.com
*Counsel for Defendants*

## **CERTIFICATION**

I hereby certify that the foregoing was filed via CM/ECF, which will generate a Notice of Electronic Filing (NEF) effecting service on the following counsel:

Joseph P. Moriarty (VSB No. 68465)
WILLCOX & SAVAGE, P.C.
Wells Fargo Center
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
Telephone: (757) 628-5500
Facsimile:  (757) 628-5566
jmoriarty@wilsav.com
*Counsel for Defendant*

_____/s/_____
Seth R. Carroll, Esquire (VSB #74745)
Commonwealth Law Group
3311 West Broad Street
Richmond, VA 23230
Telephone: 804-999-9999
E-Mail: scarroll@hurtinva.com
*Counsel for Plaintiff*

2