IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOSHUA BULLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:21cv314–HEH |
| | ) |
| ZHUMAMIDIN ABDULLAEV, | ) |
| | ) |
| Defendant. | ) |

**FINAL ORDER**

THIS MATTER is before the Court on a Stipulation of Dismissal with Prejudice filed by Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 30.) It appearing that all claims have been resolved, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear his own costs and attorney's fees. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: March 30, 2022
Richmond, VA